IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PHILIP BROWN,                         :
                                      :
        Plaintiff,                    :
                                      :
vs.                                   :        5:04CV339 (DF)
                                      :
PAT BROCK,                            :
                                      :
        Defendant.                    :

## O R D E R

The Court has carefully reviewed and considered Plaintiff's Motion for Reconsideration (tab 39) and finds that it is without merit. Consequently, Plaintiff's Motion for Reconsideration is **DENIED**.

SO ORDERED, this 17th day of June, 2005.

                                s/ Duross Fitzpatrick
                                DUROSS FITZPATRICK, JUDGE
                                UNITED STATES DISTRICT COURT

DF/has