**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

PHILLIP BROWN,                    *

    Plaintiff                   *

                                      Case Number 5:04-CV-339 (CAR)

vs.                             *

PAT BROCK,                       *

    Defendant                 *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 25, 2007, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of defendant. Defendant is entitled to recover his costs of this action.

This 25th day of July, 2007.

                                                   Gregory J. Leonard, Clerk

                                                   s/ Denise C. Partee
                                                   Deputy Clerk